IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

EL WALEED AHMED,            *
                            *
     Petitioner,            *
                            *
     v.                     *     CV 619-004
                            *
WARDEN AIMEE SMITH,         *
                            *
     Respondent.            *

_____

O R D E R
_____

On November 15, 2019 the Court dismissed Petitioner El Waleed Ahmed's petition for writ of habeas corpus as untimely. (See Doc. 12.) Following a denial of his motion for reconsideration, Petitioner appealed to the Eleventh Circuit Court of Appeals.

A prisoner seeking relief under § 2254 must obtain a certificate of appealability ("COA") before appealing the denial of his petition for a writ of habeas corpus. This Court "must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." Rule 11(a) to the Rules Governing Section 2254 Proceedings.

When a court denies a habeas petition on procedural grounds - like in this case - "a COA should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional

right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). These are threshold inquiries, and the Court may dispose of the application for a COA by resolving "the issue whose answer is more apparent from the record and arguments." Id. at 485.

In this case, the procedural record is clear. As explained in the Court's November 15, 2019 Order, Petitioner did not even begin to pursue federal habeas relief until after the limitation period had run. Thus, the Court finds that no jurist of reason would find it debatable whether the prior procedural ruling was correct. Accordingly, the Court **DENIES** a COA in this case.[1]

**ORDER ENTERED** at Augusta, Georgia this 20th day of May, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] "If the court denies a certificate, the parties may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22." Rule 11(a) to the Rules Governing Section 2254 Proceedings

2