IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ELWALEED AHMED, )
)
   Petitioner-Appellant, )
)
v. )
) Case No. CV 619-004
)
WARDEN AIMIE SMITH, )
)
   Respondent-Appellee. )

# ORDER

The motion of appellant for a certificate of appealability having been **DENIED** and the motion of appellant for leave to proceed on appeal in forma pauperis having been **DENIED AS MOOT** in the above-styled action by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this 24th day of July, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA